UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

UNITED STATES OF AMERICA                    CASE NO. 20-cr-00139

VERSUS                                       JUDGE ELIZABETH E. FOOTE

CHRISTOPHER A. BERNARD (01)                  MAGISTRATE JUDGE HORNSBY

**ORDER**

The Report and Recommendation of the Magistrate Judge having been considered, and the parties having waived their objections thereto;

It is hereby ordered, adjudged, and decreed that Defendant's guilty plea is accepted, and the court hereby adjudges Defendant guilty of the offense charged in Count 2 of the Indictment.

THUST DONE AND SIGNED in Shreveport, Louisiana, this 24th day of November, 2021.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE